**Order entered July 13, 2016**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00090-CV

### ELIA BRUNS, Appellant

### V.

### DALLAS INDEPENDENT SCHOOL DISTRICT, Appellee

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-08459

## ORDER

We **GRANT** appellant's July 11, 2016 motion to file a corrected brief. We **ORDER** the corrected brief tendered to this Court by appellant on July 11, 2016 filed as of the date of this order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE